**Affirmed and Memorandum Opinion filed August 18, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00742-CR

**DAVANTE CONWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1518250**

### MEMORANDUM OPINION

Appellant Davante Conway appeals his conviction for aggravated robbery with a deadly weapon. Tex. Penal Code § 29.03(a)(2). Appellant's appointed counsel filed a brief concluding the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant accompanied by a copy of the appellate record. Appellant was advised of his right to file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than sixty days have passed, and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The trial court's judgment is affirmed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).